File Hashes for IP Address 184.57.225.209

**ISP:** Time Warner Cable
**Physical Location:** Cincinnati, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/10/2014 14:41:52 | 58909C29768127A107DCA35D2F01A71427A3EFE9 | Perfect Timing |
| 04/13/2014 14:51:18 | 30271E7AE4205BC89B566009CB603A591929761C | Rendezvous |
| 03/30/2014 07:19:45 | 527A9FD7DC74AA758ABBBF6DAA650A3EDC689E96 | Remembering Strawberry Wine |
| 03/23/2014 20:02:37 | B2D808E8260CB9D92D0E6A6550A3BE3686A6F9B0 | I Want to Tell You |
| 03/23/2014 17:59:01 | 428F4C740454CB550EBF45D76D19FB955AF4E033 | Fascination With My Body |
| 03/20/2014 12:05:55 | 098FF90C93AF908191CD9563C4551AD459D7E64B | Brilliant Jillian |
| 03/08/2014 15:38:00 | 447799C92F91F95CBD853626916610ECE7FCFE23 | Making Music |
| 03/03/2014 13:35:20 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 02/26/2014 04:47:11 | C82F02DBF39C00E964979024E431B184D7790DE7 | I Am In the Mood |
| 02/09/2014 14:24:06 | A43FA88766B104DA601190E070A189FB9D446402 | Three Way is the Best Way |
| 01/20/2014 14:30:43 | 6D3D7495DAC20722446E4104B3CE9EC43CAE3C51 | Mile High Club |
| 01/16/2014 14:06:51 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 01/03/2014 21:17:02 | 36E350AC2A4B2CEEBF3939C8A5154EB2F4EB0A7D | Fantasy Come True |
| 12/09/2013 11:16:42 | 75A599A5786118C3DCE103C2C12CAA51721DDBDF | Good Night Kiss |
| 12/06/2013 10:53:59 | 193490231EF1F54FC97A37A8B40FA2A8870B54F4 | Ready for Love |
| 12/01/2013 14:52:43 | CC84159BDEB4D02AABE6A192DDD791D377B41859 | Many Shades of Grey |
| 11/22/2013 11:45:35 | 2839C26D1ED71C71BF7F5332EC0F4E2FD3761A87 | High School Dropouts |
| 11/22/2013 09:31:46 | D5870D4CA6BE07B2CAB96B895FD5A99FC6D08C2C | LA Plans |
| 11/11/2013 12:50:58 | 86BEBFB9BD38DF05448D85FD43807F3A83FE3423 | Morning Desires |
| 11/06/2013 12:31:30 | 734CEF083B78E8852C08D953604B348D7D4FD9F9 | Blindfold Me Part #2 |
| 11/06/2013 10:42:50 | E39A568AB0F08D45269C7F2DDC38C67372FA6F73 | Malibu Moments |
| 11/06/2013 04:39:53 | C51ECE93C9772D46F5CD94D903BC54303420487A | The Young and the Restless |

EXHIBIT A

SOH47

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/06/2013 01:56:02 | B3604F84285324088F21FDFA77E8E0687B9E7DAA | Two Boys and a Girl |
| 11/04/2013 12:50:35 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 10/24/2013 19:16:15 | C82F20394FAAFC5199712AF95D0E988552F2EC4B | Bohemian Rhapsody |
| 10/08/2013 19:40:31 | C06C72DF9909708F5C4C46BD4EFCC1DA01D8C323 | The Journey |
| 10/06/2013 18:07:56 | 2D8AC5E045957E28DA5BFDB4C46DD9D1E0FC2E01 | In Charge |
| 10/06/2013 02:52:02 | 301A8379E3509C7B3593910E5646524F73521AB8 | Date Night at Home |
| 10/03/2013 09:26:01 | 0C4B2406B2C4F151DC576F747487DB1A555778BE | Come from Behind |
| 09/29/2013 10:30:12 | 6AFD23904D4B47B58B0EC42120140DF80270E89C | Love with a View |
| 09/29/2013 08:25:05 | A4AE6B2579DB805C3EA7AFACCD54B15824B9E111 | Party Boat |
| 09/29/2013 07:21:04 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 09/29/2013 05:27:39 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 09/28/2013 22:24:16 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 09/21/2013 10:44:28 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 09/12/2013 11:07:08 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 08/27/2013 11:00:48 | 3AC81FE6DB45EE75FFA9084682CCC30AF81EED3B | We Love Ourselves |
| 08/22/2013 11:54:33 | B8F74058F615F10ADA5780B938AB1CAB68583282 | Malibu Moments Part #2 |
| 08/01/2013 15:03:11 | E16F96AC819F7AA5A9AABFB5823CC124969333D8 | Pool Party For Three |
| 07/22/2013 05:35:36 | D99F37C4A415550A8CA4ED552BE8F43E31870905 | Without Words |

**Total Statutory Claims Against Defendant: 40**

EXHIBIT A

SOH47