**Copyrights-In-Suit for IP Address 184.57.225.209**

**ISP:** Time Warner Cable
**Location:** Cincinnati, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 09/12/2013 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/06/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/24/2013 |
| Brilliant Jillian | PA0001882648 | 03/03/2014 | 03/06/2014 | 03/20/2014 |
| Come from Behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 10/03/2013 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 10/06/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/28/2013 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 01/03/2014 |
| Fascination With My Body | PA0001885189 | 03/17/2014 | 03/24/2014 | 03/23/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 09/29/2013 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/09/2013 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/22/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 02/26/2014 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 09/21/2013 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 03/23/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/06/2013 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 11/22/2013 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 09/29/2013 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 03/08/2014 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 11/06/2013 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 08/22/2013 |

EXHIBIT B

SOH47

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 12/01/2013 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/20/2014 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 11/11/2013 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 11/04/2013 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 09/29/2013 |
| Perfect Timing | PENDING | 05/07/2014 | 05/15/2014 | 05/10/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/16/2014 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 08/01/2013 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/06/2013 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/30/2014 |
| Rendezvous | PA0001889397 | 04/12/2014 | 04/15/2014 | 04/13/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/03/2014 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 10/08/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 11/06/2013 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/09/2014 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 11/06/2013 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 09/29/2013 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 08/27/2013 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 07/22/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  40**

EXHIBIT B

SOH47